**No. 40083.**—Protests 953815–G, etc., of Deauville Specialty Corp. et al. (New York).

Opinion by TILSON, J. No evidence was offered in support of the claims made. The protests were therefore dismissed.

**No. 40084.**—Protest 954145–G of I. Goldberg, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) the artificial flowers in question were held dutiable at 60 percent under paragraph 1419 as claimed.

**No. 40085.**—Protests 947461–G, etc., of Allied Purchasing Corp. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40086.**—Protests 912839–G, etc., of Altshul Stern & Co. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, DECEMBER 14, 1938

**No. 40087.**—Protests 935337–G, etc., of Allied Stores Corp. of New York et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of wooden stands the same as those involved in *Kwong* v. *United States* (T. D. 49409). The claim at 33⅓ percent under paragraph 412 was therefore sustained.